**ARBITRATION, E-Filing**

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:03-cv-05393-MMC
### Internal Use Only

Bacon v. Keane, Inc.
Assigned to: Hon. Maxine M. Chesney
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Other Contract

Date Filed: 12/01/03
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**
-------------------------

**Julie Bacon**                    represented by    **Stephen M. Murphy**
                                                     Law Offices of Stephen M. Murphy
                                                     180 Montgomery Street
                                                     Suite 940
                                                     San Francisco, CA 94104
                                                     415-986-1338
                                                     Fax : 415-288-1836
                                                     Email: smurphylaw@justice.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Nikki Hall**
                                                     Law Offices of Stephen M. Murphy
                                                     180 Montgomery Street, Suite 940
                                                     San Francisco, CA 94104
                                                     (415) 986-1338
                                                     Fax : (415) 986-1231
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-------------------------

**Keane, Inc.**                    represented by    **Karen H. Peteros**
                                                     Morgan Lewis & Bockius, LLP
                                                     One Market
                                                     Spear Street Tower
                                                     San Francisco, CA 94105-1126
                                                     (415) 442-1000
                                                     Fax : (415) 442-1001

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By
Deputy Clerk
Date   2-26-04

Email: kpeteros@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cecily Ann Waterman**
Morgan, Lewis & Bockius LLP
One Market Plaza , Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000
Fax : (415) 442-1001
Email: cwaterman@morganlewis.com
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 12/01/2003 | ◖ 1 | NOTICE OF REMOVAL; ANSWER OF DEFENDANT KEANE, INC. TO PLAINTIFF'S UNVERIFIED COMPLAINT; from Superior Court of the State of California; County of San Francisco. Their case number is CGC-03-426059. (Filing fee $150 receipt number 3353957). Filed by Keane, Inc. (aaa, Court Staff) (Filed on 12/1/2003) Additional attachment(s) added on 12/9/2003 (aaa, Court Staff). (Entered: 12/02/2003) |
| 12/01/2003 | ◖ 2 | ARBITRATION SCHEDULING ORDER: Case Management Statement due by 3/26/2004. Case Management Conference set for 4/2/2004 10:30 AM. Signed by Judge Maxine M. Chesney on 12/1/03. (Attachments: # 1 Standing Order)(aaa, Court Staff) (Filed on 12/1/2003) (Entered: 12/02/2003) |
| 12/01/2003 | ◖ | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 12/1/2003) (Entered: 12/02/2003) |
| 12/02/2003 | ◖ 3 | CERTIFICATE OF SERVICE by Keane, Inc. *Proof of Service of Court-supplied Orders, Instructions, Handouts* (Peteros, Karen) (Filed on 12/2/2003) (Entered: 12/02/2003) |
| 12/12/2003 | ◖ 4 | DEMAND for Trial by Jury by Julie Bacon. (Murphy, Stephen) (Filed on 12/12/2003) (Entered: 12/12/2003) |
| 02/03/2004 | ◖ 5 | MOTION to Change Venue *Defendant's Notice of Motion and Motion to Transfer Venue and Memorandum of Points and Authorities in Support Thereof* filed by Keane, Inc.. Motion Hearing set for 3/5/2004 09:00 AM. (Waterman, Cecily) (Filed on 2/3/2004) (Entered: 02/03/2004) |
| 02/03/2004 | ◖ 6 | Declaration of Marth J. Zackin in Support of 5 *Declaration of Martha J. Zackin in Support of Defendant's Motion to Transfer Venue* filed by Keane, Inc.. (Related document(s)5) (Waterman, Cecily) (Filed on |

| | | |
|---|---|---|
| | | 2/3/2004) (Entered: 02/03/2004) |
| 02/03/2004 | ○ 7 | Proposed Order re 5 *[Proposed] Order Granting Defendant's Motion to Transfer Venue (28 U.S.C. ?1404(a))* by Keane, Inc.. (Waterman, Cecily) (Filed on 2/3/2004) (Entered: 02/03/2004) |
| 02/25/2004 | ○ 8 | ORDER by Judge Maxine M. Chesney granting 5 Motion to Transfer Venue to the United States District Court for the District of Massachusetts. (mmclc2, ) (Filed on 2/25/2004) (Entered: 02/25/2004) |
| 02/25/2004 | ○ | Sent by CERTIFIED MAIL a Certified Copy of the Order Granting Defendant's Motion to Transfer Venue; Vacating Hearing e-filed 2/25/04. A Certified Copy of the Civil Docket Sheet and the Entire Contents of the Civil Case File to the United States District Court for the District of Massachusetts. (aaa, Court Staff) (Filed on 2/25/2004) (Entered: 02/26/2004) |

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

February 26, 2004

General Court Number
415.522.2000

District Clerk
2300 United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210-3002

0 4  10 4 4 8

G G
A A
O O

RE: CV 03-05393 MMC JULIE BACON-v-KEANE INC
Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

(x)    Certified copy of docket entries

(x)    Certified copy of TRANSFERRAL ORDER

(x)    Original case file documents

(x)    Please be advised that the above entitled action was previously designated to the

Electronic Case Filing program. You can access electronically filed documents through PACER

referencing the Northern District of California case number at https://ecf.cand.uscourts.gov

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

E-filing



I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
ALFRED AMISTOSO
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date    2-26-04

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIE BACON,

        Plaintiff,

    v.

KEANE, INC.,

        Defendant

No. 03-5393 MMC

**ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE; VACATING HEARING**

(Docket No. 5)

    Before the Court is the motion, filed February 3, 2004, by defendant Keane, Inc. ("Keane") to transfer this action to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. § 1404(a). As the motion was noticed for hearing on March 5, 2004, plaintiff's opposition was due no later than February 13, 2004. See Civil L.R. 7-3(a). No opposition has been filed. Having reviewed the papers filed in support of the motion, the Court finds the matter appropriate for decision without a hearing, see Civil L.R. 7-1(b), and hereby VACATES the March 5, 2004 hearing.

    Section 1404(a) provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). This action could have been brought in the United States District Court for the District of Massachusetts. Federal jurisdiction in this action is founded on diversity of citizenship and such an action may be brought in "a judicial

1  district where any defendant resides." <u>See</u> 28 U.S.C. § 1391(a).  Pursuant to section 1332(c),

2  "a corporation shall be deemed to be a citizen of any State by which it has been incorporated

3  and of the State where it has its principal place of business." <u>See</u> 28 U.S.C. § 1332(c).

4  Keane is incorporated under the laws of the state of Massachusetts and has its principal

5  place of business and corporate headquarters in the state of Massachusetts.  (<u>See</u> Zackin

6  Decl. ¶¶ 2-3.)

7         Keane also has demonstrated that the convenience of the parties and witnesses and

8  the interests of justice would be better served if the action were transferred to the United

9  States District Court for the District of Massachusetts.  Keane is a citizen of Massachusetts.

10  (<u>See</u> <u>id.</u>)  There is no evidence to indicate plaintiff's current state of residence, although

11  Keane alleges on information and belief that plaintiff currently resides in Virginia.  (<u>See</u> <u>id.</u> ¶

12  3.)  As plaintiff has not opposed the motion, the Court gives little weight to plaintiff's choice of

13  forum in this district.   All of the witnesses to the events upon which this action is based reside

14  in Massachusetts or other East Coast states.  (<u>See</u> <u>id.</u> ¶¶ 2-4.)  In addition, the majority of the

15  factual events that underlie plaintiff's claims occurred in Massachusetts.  (<u>See</u> <u>id.</u>)  The only

16  connection the action has to California is that plaintiff alleges that she lived in California at the

17  time Keane offered her a job in Massachusetts.  (<u>See</u> Compl. ¶ 6.)  Given the above-

18  discussed circumstances, the Court finds the relevant factors weigh in favor of transfer.

19         Accordingly, the Court GRANTS Keane's unopposed motion to transfer the action to

20  the United States District Court for the District of Massachusetts.

21         The Clerk shall close the file.

22         **IT IS SO ORDERED.**

23  Dated: February 25, 2004.

24                                                    /s/ Maxine M. Chesney
                                                       MAXINE M. CHESNEY
25                                                    United States District Judge

26

27

28

2