UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE BACON<br>　　　Plaintiff,<br><br>v.<br><br>KEANE, INC. and DOES ONE through<br>TWENTY, inclusive.,<br>　　　Defendant. | Case No. 1:04-CV-10448-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of John F. Welsh and John T. McCarthy of the law firm of Testa, Hurwitz & Thibeault, LLP, 125 High Street, Oliver Street Tower, Boston, Massachusetts 02110, as attorneys for Defendant Keane, Inc. in the above-captioned case.

　　　　　　　　　　　　　　　　　　　　KEANE, INC.,
　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ John F. Welsh
　　　　　　　　　　　　　　　　　　　　John F. Welsh, BBO No. 522640
　　　　　　　　　　　　　　　　　　　　John T. McCarthy, BBO No. 641406
　　　　　　　　　　　　　　　　　　　　Testa, Hurwitz & Thibeault, LLP
　　　　　　　　　　　　　　　　　　　　125 High Street
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　Telephone:  (617) 248-7000

Dated:  May 18, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand/by facsimile on _May 18_.

\4954\41.3067767_1