UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JULIE BACON )<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>KEANE, INC. and DOES ONE through )<br>TWENTY, inclusive., )<br>　　　Defendant. )<br>) | Case No. 1:04-CV-10448-GAO |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims asserted by Plaintiff in the above-captioned action against Defendant Keane, Inc. are hereby dismissed with prejudice, each party waiving all rights of appeal and agreeing to bear its own costs and attorneys' fees in this matter.

**ATTORNEYS FOR PLAINTIFF,**

_/s/ Peter J. Pingitore_
Peter J. Pingitore
Peter J. Pingitore & Associates
3 Center Plaza, Suite 210
Boston, MA  02108
(617) 367-0990

Dated: June 15, 2004

**ATTORNEYS FOR DEFENDANTS,**

_/s/ John F. Welsh_
John F. Welsh
John T. McCarthy
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110
(617) 248-7000

Dated: June 21, 2004

\4954\41.3076541_1