UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL DOCKET FOR CASE
#: 1:04-CV-10448 GAO

JULIE BACON
    Plaintiff,

VS.

KEANE, INC. and DOES ONE through TWENTY, inclusive
    Defendants.

NOTICE OF APPEARANCE
- PETER J. PINGITORE

To The Clerk Of The Above-Named Court:

    Pursuant to Fed.R.Civ.P.11, kindly enter my appearance as counsel for the Plaintiff Julie Bacon.

    The Plaintiff
    Julie Bacon
    By her attorneys,

    Peter J. Pingitore, BBO# 547133
    Pingitore & Associates, LLC
    3 Center Plaza, Suite 210
    Boston, Massachusetts 02108
    (617) 367-0990
    Dated:

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 6/18/04